Brian K. WILLIAMS,
Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 83326.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 22, 2004.

S. Kristina Starke, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Richard A. Starnes, Jefferson City, MO, for respondent.

---

1. Unless otherwise noted, all rule references are to Missouri Court Rules (2004).

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., J., LAWRENCE E. MOONEY, J.

## ORDER

PER CURIAM.

Movant, Brian Williams, appeals from the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Movant pleaded guilty to robbery in the first degree and armed criminal action. Movant was sentenced to concurrent terms of fifteen years' imprisonment.

We have reviewed the briefs of the parties and the record on appeal. An opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).